

RECEIVED
2012 FEB 13  AM 11:06

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

CURTIS · HOLLOWELL
_____
(Name of plaintiff or plaintiffs)

v.                    CIVIL ACTION NO. 846-2011-64738C

ASHTON PLACE REHAB &
HEALTH CENTER
_____
(Name of defendant or defendants)

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff, CURTIS HOLLOWELL
(name of plaintiff)

is a citizen of the United States and resides at 2066 REDBUD ST.
(street address)

MEMPHIS                                              TN.
(city)              (country)                        (state)

38114                                    901-650-2157
(zip code)                               (telephone number)

Revised 4-18-08

3. Defendant __ASHTON PLACE REHAB + HEALTH CENTER__
   (defendant's name)
lives at, or its business is located at __3030 WALNUT GROVE Rd, MEMPHIS TN.__
   (street address)

_____

4. Plaintiff sought employment from the defendant or was employed by the defendant at
__3030 WALNUT GROVE__
                              (street address)
__MEMPHIS__    __USA__         __TN.__         __38111__
(city)        (country)       (state)         (zip code)

5. Defendant discriminated against plaintiff in the manner indicated in paragraph 9 of this complaint on or about __2__   __June__   __2011__
                                     (day)    (month)   (year)

6. Defendant filed charges against the defendant with the Tennessee Fair Employment Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about _____.
                              (day)    (month)   (year)

7. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about __23__   __June__   __2011__.
                                     (day)    (month)   (year)

8. The Equal Employment Opportunity Commission issued a Notice of Right to Sue, which was received by plaintiff on __3   December 2011__. (Attach a copy of the notice to
                                 (day)  (month)  (year)
this complaint.)

9. Because of plaintiff's (1) ✓ race, (2) ___ color, (3) ___ sex, (4) ___ religion, (5) ___ national origin, defendant

   (a) ____ failed to employ plaintiff.

   (b) ✓ terminated plaintiff's employment.

   (c) ____ failed to promote plaintiff.

   (d) ____ _____

_____
_____

Revised 4-18-08

10. The circumstances under which defendant discriminated against plaintiff were as follows: Upon the termination of my former supervisor, I inquired about applying for the job. The CEO, Jo Lewton,

11. The acts set forth in paragraph 9 of this complaint

    (a) ____ are still being committed by defendant.

    (b) ____ are no longer being committed by defendant.

    (c) ✓ may still be being committed by defendant.

12. Please attach to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission, which are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

    (a) ____ Defendant be directed to employ plaintiff, or

    (b) ____ Defendant be directed to re-employ plaintiff, or

    (c) ____ Defendant be directed to promote plaintiff, or;

    (d) ____ Defendant be directed to _____

and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

13.   I would like to have my case tried by a jury: Yes (✓)   No ( )

_____
SIGNATURE OF PLAINTIFF

Revised 4-18-08