UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION



RECEIVED
2012 SEP -7 AM 10: 19
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

CURTIS HOLLOWELL,

   Plaintiff,

vs.                                                    Case No. 2:12-cv-2120-JPM-cgc

ASHTON PLACE REHAB & HEALTH
CENTER,

   Defendant.

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated by Plaintiff, Curtis Hollowell, that this action be dismissed with prejudice.

Respectfully submitted,

*Curtis Hollowell* — 9.7.12
Curtis Hollowell, Pro Se Plaintiff
2066 Redbud Street
Memphis, TN 38114

**Prepared with assistance of counsel under a limited representation
with the Plaintiff remaining pro se.**

I HEREBY CERTIFY THAT ON THIS 7th day OF SEPTEMBER A COPY OF THE FOREGOING NOTICE OF DISMISSAL WAS MAILED TO ASHTON PLACE HEALTH & REHAB CENTER C/O CORPORATION SERVICE COMPANY 2908 POSTON AVENUE NASHVILLE, TN 37203

Curtis Hallowell
9-7-12