```
                    UNITED STATES DISTRICT COURT
                FOR THE WESTERN DISTRICT OF TENNESSEE
                      WESTERN DIVISION AT MEMPHIS
```
_____
                                    )
CURTIS HOLLOWELL,                   )
                                    )
    Plaintiff,                      )
                                    )
v.                                  )   Case No. 2:12-cv-2120-JPM-cgc
                                    )
ASHTON PLACE REHAB & HEALTH         )
CENTER,                             )
                                    )
    Defendant.                      )
_____

### ORDER OF DISMISSAL WITH PREJUDICE
_____

Pursuant to the Notice of Voluntary Dismissal, (D.E. 8), filed September 7, 2012,

**IT IS ORDERED, ADJUDGED, AND DECREED** that all claims by Plaintiff against Ashton Place Rehab & Health Center may be and hereby are DISMISSED WITH PREJUDICE.

**SO ORDERED** this 10th day of September, 2012.

                                /s/ JON PHIPPS McCALLA
                                CHIEF UNITED STATES DISTRICT JUDGE