```
                   UNITED STATES DISTRICT COURT
                FOR THE WESTERN DISTRICT OF TENNESSEE
                      WESTERN DIVISION AT MEMPHIS
_____
                                )
CURTIS HOLLOWELL,               )
                                )
     Plaintiff,                 )
                                )
v.                              )   Case No. 2:12-cv-2120-JPM-cgc
                                )
ASHTON PLACE REHAB & HEALTH     )
CENTER,                         )
                                )
     Defendant.                 )
```

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on the Plaintiff's Notice of Voluntary Dismissal with Prejudice (D.E. 8), filed September 7, 2012,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal with Prejudice (D.E. 9), all claims by Plaintiff against Defendant be and hereby are **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ JON P. McCALLA
CHIEF U.S. DISTRICT JUDGE

September 10, 2012
Date